UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC HOLMES,            ) | 1:05-CV-00588-AWI-LJO-P |
|             Plaintiff,  ) | ORDER GRANTING EXTENSION OF TIME NUNC PRO TUNC |
|         v.              ) | (DOCUMENT #16) |
| S. SHERMAN, et al.,     ) | |
|             Defendants. ) | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983. On December 20, 2005, plaintiff filed a motion to extend time to file an amended complaint. Inasmuch as plaintiff filed an amended complaint on January 26, 2006, and good cause having been presented to the court, IT IS HEREBY ORDERED THAT plaintiff's motion to extend time to file his amended complaint is GRANTED nunc pro tunc to January 26, 2006.

IT IS SO ORDERED.

**Dated:    February 9, 2006**              /s/ Lawrence J. O'Neill
i0d3h8                                       UNITED STATES MAGISTRATE JUDGE