UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERIC HOMES, | ) | 1:05-CV-00588 AWI LJO P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF |
| | ) | TIME TO FILE OBJECTIONS |
| v. | ) | (DOCUMENT #21) |
| | ) | |
| S. SHERMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 14, 2006, plaintiff filed a motion to extend time to file objections to the Findings and Recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file objections.

IT IS SO ORDERED.

**Dated:   October 10, 2006**                  /s/ Lawrence J. O'Neill
i0d3h8                                                UNITED STATES MAGISTRATE JUDGE